UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA



In re
San Juan Mortgage, Inc.

Case No: SA12-14060-ES

Debtor (s)

ORDER DENYING REQUEST FOR
RELEASE OF UNCLAIMED FUNDS
(28 U.S.C. Section 2042,
LBR 9013, LBR 3011-1)

On July 17, 2014, Joel Arellano filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason(s):

_____ 1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-0999 to obtain the appropriate form.

_____ 2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3. The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____ 4. The address of the claimant listed on the motion is not the same as shown on the proof of identification provided and the difference is not explained.

_____ 5. The corporate seal is not stamped on the motion &/or power of attorney.

_____ 6. The name on the corporate seal does not match the name listed on the claim.

_____ 7. An original power of attorney was not submitted.

__✓__ 8.    No Proof of Service provided.

_____ 9.    There are no sufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____ 10.   There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor.

_____ 11.   The documents supporting the claim have not been certified.

_____ 12.   Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case.

_____ 13.   Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee.

_____ 14.   Fund locator submitting this claim has failed to register with this court.

__✓__ 15.   No proof of identification provided (driver's license/passport).

__✓__ 16.   Other: *No W-9 form was submitted to the court.*


_____    __8/8/14__
Honorable Erithe A. Smith       Date